UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MATTHEW BENJAMIN

Hon.  Claire C. Cecchi Crim. No.

20-cr-1008 (CCC)

**WAIVER OF INDICTMENT**

    I, MATTHEW BENJAMIN, the above-named defendant, who is charged with one count of wire fraud in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2, and one count of securities fraud in violation of 15 U.S.C. § § 78j(b) and 78ff, 15 C.F.R. § 240.10b-5, and 18 U.S.C. § 2, being advised of the charges, the proposed Information, and my rights, hereby waive in open court on November 17, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.


MATTHEW BENJAMIN
Defendant


BRIAN J. NEARY, ESQ.
Counsel for Defendant


Before:

HONORABLE CLAIRE C. CECCHI
United States District Judge