UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date:  March 10, 2022

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: NICOLE SESTA

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 20-CR-1008 (CCC)

Title of Case: U.S.A. v.  MATTHEW BENJAMIN

Appearances:   Jennifer Kozar, AUSA, for the Government (Catherine Murphy appearing)
Brian Neary, Esq. for Defendant
Maryellyn Muller, U.S. Probation Officer

**Nature of Proceedings:**  Sentence

Conference held.
Sentence: 29 months as to each of Counts 1 & 2, to be served concurrently to each other
Supervised Release: 3 years
Special Conditions:
1. Financial Disclosure
2. New Debt Restrictions
3. Self-Employment/Business Disclosure

Special Assessment: $200 as to Counts 1 & 2
Fine: waived
Restitution: $909,538.52
Defendant advised of right to appeal.

Time Commenced:   3:30 p.m.                    Time Adjourned:    4:15 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk