UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         : CRIM NO. 20-1008 (CCC)

          Plaintiff,                          :

                                                :

v.                                                  :

                                                :    **ORDER**

MATTHEW BENJAMIN,                    :

          Defendant.                          :

THIS MATTER having been brought before the Court on application of Brian J.

Neary, Esq., counsel for the Defendant, Matthew Benjamin to delay the surrender date until

May 16, 2022 **AND** with the United States, (Joshua Haber, Assistant US

Attorney, appearing) consenting:

      **AND** for good cause shown;

      **IT IS ON THIS** ____27____ day of April, 2022,

      **ORDERED** that the defendant, Matthew Benjamin be **ORDERED** to surrender to

F.C.I. Fort Dix at or before **12:00 noon on May 16, 2022.**

_____
**HONORABLE CLAIRE C. CECCHI**
**UNITED STATES DISTRICT JUDGE**

Dated: ___4/27/2022___