UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM NO. 20-1008 (CCC) |
| Plaintiff, | : |
| v. | : |
| | : **ORDER** |
| MATTHEW BENJAMIN, | : |
| Defendant. | : |

THIS MATTER having been brought before the Court on application of Brian J. Neary, Esq., counsel for the Defendant, Matthew Benjamin to delay the surrender date until June 1, 2022 **AND** on notice to the United States, (Joshua Haber, Assistant United State's Attorney, appearing):

**AND** for good cause shown;

**IT IS ON THIS** __16__ day of May, 2022,

**ORDERED** that the defendant, Matthew Benjamin be **ORDERED** to surrender to FCI Butner located in Butner, North Carolina at or before **12:00 noon on June 1, 2022.**

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Dated: 5/16/2022